IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-00066-FL

| | |
|---|---|
| GEORGE LEONARD TAYLOR, )<br>    Plaintiff )<br>)<br>    vs. )<br>)<br>ANDREW M. SAUL )<br>COMMISSIONER of Social Security, )<br>)<br>)<br>    Defendant ) | O R D E R |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b) in the amount of $20,777.45. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $ 4,650.00.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $20,777.45, and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED, this  24th  day of  September , 2021.

_____
Louise Wood Flanagan
United States District Judge